O'REILLY LAW GROUP, LLC
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
John F. O'Reilly, Esq.
Nevada Bar No. 1761
Claudia K. Cormier, Esq.
Nevada Bar No. 0880
325 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-2500
Facsimile: (702) 384-6266
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACKPOT JOANIES FP LLC, a Nevada Limited Liability Company; and JACKPOT JOANIES DF LLC, a Nevada Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>CLARK COUNTY, a Municipal Corporation; THE BOARD OF COUNTY COMMISSIONERS OF CLARK COUNTY; and DOES I through X,<br><br>Defendants. | CASE NO.:   2:11-cv-00824-KJD-PAL<br><br><br><br><br><br>**CERTIFICATE OF INTERESTED PARTIES** |

The undersigned, counsel of record for Plaintiffs, pursuant to Local Rule 7.1-1 and Fed R. Civ. P. 7.1, certifies that the following parties have an interest in the outcome of this case:

1. JACKPOT JOANIES FP LLC, a Nevada Limited Liability Company, Plaintiff in this matter.

2. JACKPOT JOANIES DF LLC, a Nevada Limited Liability Company, Plaintiff in this matter.

3. RONALD WARREN WINCHELL, Managing Member of JACKPOT JOANIES FP LLC and JACKPOT JOANIES DF LLC, Plaintiffs in this matter.

4. NEVADA RESTAURANT SERVICES, INC., dba DOTTY'S, Plaintiff in Case No. 2:11-cv-00795-KJD-PAL.

5. CLARK COUNTY, a Municipal Corporation; Defendant in this matter, and Defendant in Case No. 2:11-cv-00795-KJD-PAL.

6. THE BOARD OF COUNTY COMMISSIONERS OF CLARK COUNTY, Defendant in this matter, and Defendant in Case No. 2:11-cv-00795-KJD-PAL.

This representation is made to enable judges of the Court to evaluate possible disqualification or recusal.

DATED: May 27, 2011.

O'REILLY LAW GROUP, LLC

By: _____
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
John F. O'Reilly, Esq.
Nevada Bar No. 1761
Claudia K. Cormier, Esq.
Nevada Bar No. 0880
325 South Maryland Parkway
Las Vegas, Nevada 89101
Attorneys for Plaintiffs